# United States Bankruptcy Court
## District of Arizona

In re  **Marbrisa P Luna**  
Debtor(s)

Case No.  **2:21-bk-00265**  
Chapter  **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____ .

Debtor,  **Marbrisa P Luna** , declares the foregoing to be true and correct under penalty of perjury.

Date  **January 18, 2021**　　　　Signature  *[signature]*  
　　　　　　　　　　　　　　　　Marbrisa P Luna  
　　　　　　　　　　　　　　　　Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

| NAME | LUNA, MARBRISA | EMPLOYER: | VANGUARD PHYS SVCS LLC |
|---|---|---|---|
| EMP. | 000930831 | PERIOD BEGINNING | 12/13/2020 |
| PAY DATE | 12/31/2020 | PERIOD ENDING | 12/26/2020 |

### EARNINGS AND HOURS

| EARNINGS NAME | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 19.2200 | 56.00 | 1076.32 | 33058.69 |
| 2019PTO | 19.2200 | 6.00 | 115.32 | 2348.79 |
| 401K | | | -59.58 | -1813.16 |
| OVERTIME | | | | 93.71 |
| FLSA BNS | | | | 125.00 |
| PTO | | | | 761.94 |
| MEDICAL | | | | -1405.04 |
| DENTAL | | | | -229.32 |
| VISION | | | | -95.68 |
| FLSA | | | | .39 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 17.28 | 502.55 |
| FICA-SS | 73.89 | 2148.83 |
| AZ State | 30.57 | 886.86 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| GARNISH | | 101.26 |
| GARN % | | 900.00 |
| GARN % 2 | 267.48 | 1020.38 |
| EMP LIFE | | 55.64 |
| EMP AD&D | | 4.42 |
| EXPENSES | | -236.64 |
| CHKING 2 | 100.00 | 2700.00 |
| SAVING | 25.00 | 675.00 |

### MISCELLANEOUS

| DESCRIPTION | CURRENT |
|---|---|
| PTO | |
| OILL | |
| XILL | |
| 2019PTO | 5.62 |
| PTO CAP | 216.06 |
| TOT HRS WK | 56.00 |

FACILITY PHONE #
214-556-3227

| FEDERAL EXEMPT | STATE EXEMPT | STATE CODE | STATE 2 CODE | TAX STATUS | ADDL FEDERAL | FEDERAL DED AMT | CLAIM DEP AMOUNT | ADDL STATE |
|---|---|---|---|---|---|---|---|---|
| 98 | 00 | AZ | | S | | | | |

| EARNINGS SUMMARY | | GROSS PAY | TAX DEFER | ADJ GROSS | TAXES | AFT TAX DED | NET PAY |
|---|---|---|---|---|---|---|---|
| | CURRENT | 1191.64 | 59.58 | 1132.06 | 121.74 | 392.48 | 617.84 |
| | YTD | 34658.48 | 1813.16 | 32845.32 | 3538.24 | 5220.06 | 24087.02 |

358 9927.00 VANGUARD PHYS SVCS LLC
LUNA, MARBRISA
202 N 54TH STREET
MESA AZ 85205

VANGUARD PHYS SVCS LLC
STAFF ABRAZO MEDICAL GRP
14201 DALLAS PKWY
DALLAS TX 75254

| NAME | LUNA, MARBRISA | EMPLOYER: | VANGUARD PHYS SVCS LLC |
|---|---|---|---|
| EMP. | 000930831 | PERIOD BEGINNING | 11/29/2020 |
| PAY DATE | 12/18/2020 | PERIOD ENDING | 12/12/2020 |

### EARNINGS AND HOURS

| EARNINGS NAME | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 19.2200 | 27.50 | 528.55 | 31982.37 |
| 2019PTO | 19.2200 | 5.00 | 96.10 | 2233.47 |
| MEDICAL | | | -54.04 | -1405.04 |
| DENTAL | | | -8.82 | -229.32 |
| VISION | | | -3.68 | -95.68 |
| 401K | | | -31.23 | -1753.58 |
| OVERTIME | | | | 93.71 |
| FLSA BNS | | | | 125.00 |
| PTO | | | | 761.94 |
| FLSA | | | | .39 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 8.09 | 485.27 |
| FICA-SS | 34.60 | 2074.94 |
| AZ State | 14.23 | 856.29 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| GARNISH | | 101.26 |
| GARN % | | 900.00 |
| GARN % 2 | 141.93 | 752.90 |
| EMP LIFE | 2.14 | 55.64 |
| EMP AD&D | .17 | 4.42 |
| EXPENSES | | -236.64 |
| CHKING 2 | 100.00 | 2600.00 |
| SAVING | 25.00 | 650.00 |

### MISCELLANEOUS

| DESCRIPTION | CURRENT |
|---|---|
| PTO | |
| OILL | |
| XILL | |
| 2019PTO | 6.08 |
| PTO CAP | 216.06 |
| TOT HRS WK | 27.50 |

FACILITY PHONE #
214-556-3227

| FEDERAL EXEMPT | STATE EXEMPT | STATE CODE | STATE 2 CODE | TAX STATUS | ADDL FEDERAL | FEDERAL DED AMT | CLAIM DEP AMOUNT | ADDL STATE |
|---|---|---|---|---|---|---|---|---|
| 98 | 00 | AZ | | S | | | | |

| EARNINGS SUMMARY | | GROSS PAY | TAX DEFER | ADJ GROSS | TAXES | AFT TAX DED | NET PAY |
|---|---|---|---|---|---|---|---|
| | CURRENT | 558.11 | 31.23 | 526.88 | 56.92 | 269.24 | 200.72 |
| | YTD | 33466.84 | 1753.58 | 31713.26 | 3416.50 | 4827.58 | 23469.18 |

358 9927.00 VANGUARD PHYS SVCS LLC
LUNA, MARBRISA
202 N 54TH STREET
MESA AZ 85205

VANGUARD PHYS SVCS LLC
STAFF ABRAZO MEDICAL GRP
14201 DALLAS PKWY
DALLAS TX 75254

| NAME | LUNA, MARBRISA | EMPLOYER: | VANGUARD PHYS SVCS LLC |
|---|---|---|---|
| EMP. | 000930831 | PERIOD BEGINNING | 11/15/2020 |
| PAY DATE | 12/4/2020 | PERIOD ENDING | 11/28/2020 |

## EARNINGS AND HOURS

| EARNINGS NAME | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 19.2200 | 45.00 | 864.90 | 31453.82 |
| 2019PTO | 19.2200 | 14.32 | 275.23 | 2137.37 |
| MEDICAL | | | -54.04 | -1351.00 |
| DENTAL | | | -8.82 | -220.50 |
| VISION | | | -3.68 | -92.00 |
| 401K | | | -57.01 | -1722.35 |
| OVERTIME | | | | 93.71 |
| FLSA BNS | | | | 125.00 |
| PTO | | | | 761.94 |
| FLSA | | | | .39 |

## TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 15.57 | 477.18 |
| FICA-SS | 66.56 | 2040.34 |
| AZ State | 27.45 | 842.06 |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| GARNISH | | 101.26 |
| GARN % | | 900.00 |
| GARN % 2 | 257.64 | 610.97 |
| EMP LIFE | 2.14 | 53.50 |
| EMP AD&D | .17 | 4.25 |
| EXPENSES | | -236.64 |
| CHKING 2 | 100.00 | 2500.00 |
| SAVING | 25.00 | 625.00 |

## MISCELLANEOUS

| DESCRIPTION | CURRENT |
|---|---|
| PTO | |
| OILL | |
| XILL | |
| 2019PTO | 5.54 |
| PTO CAP | 216.06 |
| TOT HRS WK | 45.00 |

FACILITY PHONE #
214-556-3227

| FEDERAL EXEMPT | STATE EXEMPT | STATE CODE | STATE 2 CODE | TAX STATUS | ADDL FEDERAL | FEDERAL DED AMT | CLAIM DEP AMOUNT | ADDL STATE |
|---|---|---|---|---|---|---|---|---|
| 98 | 00 | AZ | | S | | | | |

| EARNINGS SUMMARY | | GROSS PAY | TAX DEFER | ADJ GROSS | TAXES | AFT TAX DED | NET PAY |
|---|---|---|---|---|---|---|---|
| | CURRENT | 1073.59 | 57.01 | 1016.58 | 109.58 | 384.95 | 522.05 |
| | YTD | 32908.73 | 1722.35 | 31186.38 | 3359.58 | 4558.34 | 23268.46 |

358 9927.00 VANGUARD PHYS SVCS LLC
LUNA, MARBRISA
202 N 54TH STREET
MESA AZ 85205

VANGUARD PHYS SVCS LLC
STAFF ABRAZO MEDICAL GRP
14201 DALLAS PKWY
DALLAS TX 75254

Case 2:21-bk-00265-DPC    Doc 9    Filed 01/22/21    Entered 01/22/21 13:25:49    Desc
Main Document    Page 4 of 7

| NAME | LUNA, MARBRISA | EMPLOYER: | VANGUARD PHYS SVCS LLC |
|---|---|---|---|
| EMP. | 000930831 | PERIOD BEGINNING | 11/1/2020 |
| PAY DATE | 11/20/2020 | PERIOD ENDING | 11/14/2020 |

## EARNINGS AND HOURS

| EARNINGS NAME | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 19.2200 | 76.00 | 1460.72 | 30588.92 |
| OVERTIME | 28.8300 | 1.00 | 28.83 | 93.71 |
| 2019PTO | 19.2200 | 4.00 | 76.88 | 1862.14 |
| MEDICAL | | | -54.04 | -1296.96 |
| DENTAL | | | -8.82 | -211.68 |
| VISION | | | -3.68 | -88.32 |
| 401K | | | -78.32 | -1665.34 |
| FLSA BNS | | | | 125.00 |
| PTO | | | | 761.94 |
| FLSA | | | | .39 |

## TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 21.75 | 461.61 |
| FICA-SS | 92.99 | 1973.78 |
| AZ State | 38.38 | 814.61 |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| GARNISH | | 101.26 |
| GARN % | | 900.00 |
| GARN % 2 | 353.33 | 353.33 |
| EMP LIFE | 2.14 | 51.36 |
| EMP AD&D | .17 | 4.08 |
| EXPENSES | | -236.64 |
| CHKING 2 | 100.00 | 2400.00 |
| SAVING | 25.00 | 600.00 |

## MISCELLANEOUS

| DESCRIPTION | CURRENT |
|---|---|
| PTO | |
| OILL | |
| XILL | |
| 2019PTO | 14.32 |
| PTO CAP | 216.06 |
| TOT HRS WK | 77.00 |

FACILITY PHONE #
214-556-3227

| FEDERAL EXEMPT | STATE EXEMPT | STATE CODE | STATE 2 CODE | TAX STATUS | ADDL FEDERAL | FEDERAL DED AMT | CLAIM DEP AMOUNT | ADDL STATE |
|---|---|---|---|---|---|---|---|---|
| 98 | 00 | AZ | | S | | | | |

| EARNINGS SUMMARY | | GROSS PAY | TAX DEFER | ADJ GROSS | TAXES | AFT TAX DED | NET PAY |
|---|---|---|---|---|---|---|---|
| | CURRENT | 1499.89 | 78.32 | 1421.57 | 153.12 | 480.64 | 787.81 |
| | YTD | 31835.14 | 1665.34 | 30169.80 | 3250.00 | 4173.39 | 22746.41 |

358 9927.00 VANGUARD PHYS SVCS LLC
LUNA, MARBRISA
202 N 54TH STREET
MESA AZ 86205

VANGUARD PHYS SVCS LLC
STAFF ABRAZO MEDICAL GRP
14201 DALLAS PKWY
DALLAS TX 75254

| NAME | LUNA, MARBRISA | EMPLOYER: | VANGUARD PHYS SVCS LLC |
|---|---|---|---|
| EMP. | 000930831 | PERIOD BEGINNING | 10/18/2020 |
| PAY DATE | 11/6/2020 | PERIOD ENDING | 10/31/2020 |

## EARNINGS AND HOURS

| EARNINGS NAME | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 19.2200 | 76.75 | 1475.14 | 29128.20 |
| MEDICAL | | | -54.04 | -1242.92 |
| DENTAL | | | -8.82 | -202.86 |
| VISION | | | -3.68 | -84.64 |
| 401K | | | -73.76 | -1587.02 |
| OVERTIME | | | | 64.88 |
| FLSA BNS | | | | 125.00 |
| 2019PTO | | | | 1785.26 |
| PTO | | | | 761.94 |
| FLSA | | | | .39 |

## TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 20.42 | 439.86 |
| FICA-SS | 87.34 | 1880.79 |
| AZ State | 36.04 | 776.23 |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| GARNISH | | 101.26 |
| GARN % | | 900.00 |
| EMP LIFE | 2.14 | 49.22 |
| EMP AD&D | .17 | 3.91 |
| EXPENSES | -46.40 | -236.64 |
| CHKING 2 | 100.00 | 2300.00 |
| SAVING | 25.00 | 575.00 |

## MISCELLANEOUS

| DESCRIPTION | CURRENT |
|---|---|
| PTO | |
| OILL | |
| XILL | |
| 2019PTO | 12.78 |
| PTO CAP | 216.06 |
| TOT HRS WK | 76.75 |

FACILITY PHONE #
214-556-3227

| FEDERAL EXEMPT | STATE EXEMPT | STATE CODE | STATE 2 CODE | TAX STATUS | ADDL FEDERAL | FEDERAL DED AMT | CLAIM DEP AMOUNT | ADDL STATE |
|---|---|---|---|---|---|---|---|---|
| 98 | 00 | AZ | | S | | | | |

| EARNINGS SUMMARY | | GROSS PAY | TAX DEFER | ADJ GROSS | TAXES | AFT TAX DED | NET PAY |
|---|---|---|---|---|---|---|---|
| | CURRENT | 1408.60 | 73.76 | 1334.84 | 143.80 | 80.91 | 1110.13 |
| | YTD | 30335.25 | 1587.02 | 28748.23 | 3096.88 | 3692.75 | 21958.60 |

358 9927.00 VANGUARD PHYS SVCS LLC
LUNA, MARBRISA
202 N 54TH STREET
MESA AZ 85205

VANGUARD PHYS SVCS LLC
STAFF ABRAZO MED GRP
14201 DALLAS PKWY
DALLAS TX 75254

Case 2:21-mk-00265-DPC   Doc 9   Filed 01/22/21 Entered 01/22/21 13:25:49   Desc
Main Document   Page 6 of 7

| NAME | LUNA, MARBRISA | EMPLOYER: | VANGUARD PHYS SVCS LLC |
|---|---|---|---|
| EMP. | 000930831 | PERIOD BEGINNING | 10/4/2020 |
| PAY DATE | 10/23/2020 | PERIOD ENDING | 10/17/2020 |

## EARNINGS AND HOURS

| EARNINGS NAME | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 19.2200 | 79.50 | 1527.99 | 27653.06 |
| OVERTIME | 28.8300 | .50 | 14.42 | 64.88 |
| MEDICAL | | | -54.04 | -1188.88 |
| DENTAL | | | -8.82 | -194.04 |
| VISION | | | -3.68 | -80.96 |
| 401K | | | -77.12 | -1513.26 |
| FLSA BNS | | | | 125.00 |
| 2019PTO | | | | 1785.26 |
| PTO | | | | 761.94 |
| FLSA | | | | .39 |

## TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 21.40 | 419.44 |
| FICA-SS | 91.50 | 1793.45 |
| AZ State | 37.77 | 740.19 |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| GARNISH | | 101.26 |
| GARN % | | 900.00 |
| EMP LIFE | 2.14 | 47.08 |
| EMP AD&D | .17 | 3.74 |
| EXPENSES | | -190.24 |
| CHKING 2 | 100.00 | 2200.00 |
| SAVING | 25.00 | 550.00 |

## MISCELLANEOUS

| DESCRIPTION | CURRENT |
|---|---|
| PTO | |
| OILL | |
| XILL | |
| 2019PTO | 7.24 |
| PTO CAP | 216.06 |
| TOT HRS WK | 80.00 |

FACILITY PHONE #
214-556-3227

| FEDERAL EXEMPT | STATE EXEMPT | STATE CODE | STATE 2 CODE | TAX STATUS | ADDL FEDERAL | FEDERAL DED AMT | CLAIM DEP AMOUNT | ADDL STATE |
|---|---|---|---|---|---|---|---|---|
| 98 | 00 | AZ | | S | | | | |

| EARNINGS SUMMARY | | GROSS PAY | TAX DEFER | ADJ GROSS | TAXES | AFT TAX DED | NET PAY |
|---|---|---|---|---|---|---|---|
| | CURRENT | 1475.87 | 77.12 | 1398.75 | 150.67 | 127.31 | 1120.77 |
| | YTD | 28926.65 | 1513.26 | 27413.39 | 2953.08 | 3611.84 | 20848.47 |

358 9927.00 VANGUARD PHYS SVCS LLC
LUNA, MARBRISA
202 N 54TH STREET
MESA AZ 85205

VANGUARD PHYS SVCS LLC
STAFF ABRAZO MEDICAL GRP
14201 DALLAS PKWY
DALLAS TX 75254