ANTHONY H. MASON
PO BOX 30273
PHOENIX, AZ 85046
(602) 808-7770

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In re: | § | Case No. 2:21-bk-00265-DPC |
|---|---|---|
| | § | |
| MARBRISA P LUNA | § | |
| | § | |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Anthony H. Mason, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $15,500.00 | Assets Exempt: | $2,759.00 |
| Total Distributions to Claimants: | $213.56 | Claims Discharged Without Payment: | $45,736.37 |
| Total Expenses of Administration: | $806.82 | | |

3) Total gross receipts of $1,020.38 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,020.38 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $16,335.00 | $10,266.05 | $10,266.05 | $213.56 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $806.82 | $806.82 | $806.82 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,200.00 | $12,883.81 | $12,883.81 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $51,090.00 | $8,814.56 | $8,814.56 | $0.00 |
| **Total Disbursements** | $68,625.00 | $32,771.24 | $32,771.24 | $1,020.38 |

4). This case was originally filed under chapter 7 on 01/14/2021. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/18/2022      By: /s/ Anthony H. Mason
                                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Preferential Transfer to US Collections West | 1141-000 | $1,020.38 |
| **TOTAL GROSS RECEIPTS** | | $1,020.38 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AZ DEPARTMENT OF ECONOMIC SECURITY | 4220-000 | $0.00 | $10,266.05 | $10,266.05 | $213.56 |
| | CREDIT ACCEPTANCE | 4210-000 | $16,335.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $16,335.00 | $10,266.05 | $10,266.05 | $213.56 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANTHONY H. MASON, TRUSTEE | 2100-000 | NA | $255.10 | $255.10 | $255.10 |
| ANTHONY H. MASON, TRUSTEE | 2200-000 | NA | $21.80 | $21.80 | $21.80 |
| VERITEX COMMUNITY BANK | 2600-000 | NA | $2.43 | $2.43 | $2.43 |
| GUTTILLA MURPHY ANDERSON, P.C., ATTORNEY FOR TRUSTEE | 3210-000 | NA | $500.00 | $500.00 | $500.00 |
| GUTTILLA MURPHY ANDERSON, P.C., ATTORNEY FOR TRUSTEE | 3220-000 | NA | $27.49 | $27.49 | $27.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $806.82 | $806.82 | $806.82 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | 5800-000 | $1,200.00 | $12,883.81 | $12,883.81 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,200.00 | $12,883.81 | $12,883.81 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | PYOD, LLC | 7100-000 | $276.00 | $294.38 | $294.38 | $0.00 |
| 3 | LVNV FUNDING, LLC | 7100-000 | $0.00 | $377.75 | $377.75 | $0.00 |
| 4a | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $4,675.07 | $4,675.07 | $0.00 |
| 5 | DIRECTV LLC | 7100-000 | $437.00 | $457.76 | $457.76 | $0.00 |
| 6 | ATLAS ACQUISITIONS LLC | 7100-000 | $1,405.00 | $1,405.00 | $1,405.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $191.00 | $191.12 | $191.12 | $0.00 |
| 8 | PINNACLE CREDIT SERVICES, LLC | 7100-000 | $0.00 | $1,333.33 | $1,333.33 | $0.00 |
| | AD ASTRA RECOVERY | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| | AES/PHEAA | 7100-000 | $328.00 | $0.00 | $0.00 | $0.00 |
| | ARIZONA DEPT OF ECONOMIC SECURITY | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | CREDIT COLLECTION SERVICES | 7100-000 | $262.00 | $0.00 | $0.00 | $0.00 |
| | CREDIT COLLECTION SERVICES | 7100-000 | $124.00 | $0.00 | $0.00 | $0.00 |
| | FOCUS RECEIVABLES MANAGEMENT, LLC | 7100-000 | $458.00 | $0.00 | $0.00 | $0.00 |
| | IQ DATA INTERNATIONAL | 7100-000 | $4,884.00 | $0.00 | $0.00 | $0.00 |
| | JEFFERSON CAPITAL SYSTEMS, LLC | 7100-000 | $439.00 | $0.00 | $0.00 | $0.00 |
| | NAVIENT | 7100-000 | $24,415.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| TITLE MAX OF AZ | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| TOTAL VISA/THE BANK OF MISSOURI | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL VISA/THE BANK OF MISSOURI | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| US COLLECTIONS WEST | 7100-000 | $5,799.00 | $0.00 | $0.00 | $0.00 |
| US COLLECTIONS WEST | 7100-000 | $272.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | 7300-000 | $0.00 | $80.15 | $80.15 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $51,090.00 | $8,814.56 | $8,814.56 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 21-00265-DPC | Trustee Name: | Anthony H. Mason |
|---|---|---|---|
| Case Name: | LUNA, MARBRISA P | Date Filed (f) or Converted (c): | 01/14/2021 (f) |
| For the Period Ending: | 7/18/2022 | §341(a) Meeting Date: | 02/18/2021 |
| | | Claims Bar Date: | 01/27/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2015 Nissan Rogue | $15,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2005 Mazda Tribute | $500.00 | $500.00 | | $0.00 | FA |
| 3 | Household Possessions | $500.00 | $0.00 | | $0.00 | FA |
| 4 | 2 TVs, Cell Phone | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 6 | Fitbit Watch | $50.00 | $0.00 | | $0.00 | FA |
| 7 | 3 Dogs | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Compass Bank Checking Account | $9.00 | $0.00 | | $0.00 | FA |
| 9 | First Convenience Bank of Texas Checking Account | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Employer-sponsored 401(k) | $300.00 | $0.00 | | $0.00 | FA |
| 11 | Residential Security Deposit | $1,000.00 | $0.00 | | $0.00 | FA |
| 12 | Term Life Insurance Through Employer | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Preferential Transfer to US Collections West | $1,020.00 | $1,374.18 | | $1,020.38 | FA |

**TOTALS (Excluding unknown value)**

| | $19,279.00 | $1,874.18 | | $1,020.38 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 06/10/2022 | TFR filed |
|---|---|
| 10/27/2021 | Claims Bar Date 1.27.2022 - DE 25 |
| 09/22/2021 | Claims Bar Date Requested - DE 24<br>Trustee is recovering preferential transfer |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2022 | **Current Projected Date Of Final Report (TFR):** | 12/31/2022 | /s/ ANTHONY H. MASON |
|---|---|---|---|---|
| | | | | ANTHONY H. MASON |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 21-00265-DPC | Trustee Name: | Anthony H Mason |
|---|---|---|---|
| Case Name: | LUNA, MARBRISA P | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5473 | Checking Acct #: | ******0265 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Marbrisa Luna |
| For Period Beginning: | 1/14/2021 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 7/18/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/08/2022 | (13) | Tenet Health | Preferential Transfer to US Collections West | 1141-000 | $1,020.38 | | $1,020.38 |
| 03/25/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $1,020.38 | $0.00 |
| | | | TOTALS: | | $1,020.38 | $1,020.38 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $1,020.38 | |
| | | | Subtotal | | $1,020.38 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,020.38 | $0.00 | |

| For the period of 1/14/2021 to 7/18/2022 | | For the entire history of the account between 03/08/2022 to 7/18/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,020.38 | Total Compensable Receipts: | $1,020.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,020.38 | Total Comp/Non Comp Receipts: | $1,020.38 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,020.38 | Total Internal/Transfer Disbursements: | $1,020.38 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 21-00265-DPC | **Trustee Name:** | Anthony H Mason |
| **Case Name:** LUNA, MARBRISA P | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***5473 | **Checking Acct #:** | ******6501 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | DDA |
| **For Period Beginning:** 1/14/2021 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** 7/18/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/25/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $1,020.38 | | $1,020.38 |
| 04/28/2022 | 6001 | GUTTILLA MURPHY ANDERSON, P.C. | Attorney for Trustee Fees and Expenses per Order at DE 31 | * | | $527.49 | $492.89 |
| | | | Fees per Order at DE 31  $(500.00) | 3210-000 | | | $492.89 |
| | | | Expenses per Order at DE 31  $(27.49) | 3220-000 | | | $492.89 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1.64 | $491.25 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.79 | $490.46 |
| 06/21/2022 | 6002 | Anthony H. Mason | Trustee Compensation Trustee Expenses | * | | $276.90 | $213.56 |
| | | | Claim Amount  $(255.10) | 2100-000 | | | $213.56 |
| | | | Claim Amount  $(21.80) | 2200-000 | | | $213.56 |
| 06/21/2022 | 6003 | AZ DEPARTMENT OF ECONOMIC SECURITY | Claim #: 1;  Amount Claimed: 10,266.05; Amount Allowed: 10,266.05; Distribution Dividend: 2.08; Account Number: 2772; | 4220-000 | | $213.56 | $0.00 |
| | | | **TOTALS:** | | $1,020.38 | $1,020.38 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,020.38 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1,020.38 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,020.38 | |

| | | | |
|---|---|---|---|
| **For the period of  1/14/2021 to 7/18/2022** | | **For the entire history of the account between 03/25/2022 to 7/18/2022** | |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,020.38 | Total Internal/Transfer Receipts: | $1,020.38 |
| | | | |
| Total Compensable Disbursements: | $1,020.38 | Total Compensable Disbursements: | $1,020.38 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,020.38 | Total Comp/Non Comp Disbursements: | $1,020.38 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 21-00265-DPC | Trustee Name: Anthony H Mason |
| Case Name: | LUNA, MARBRISA P | Bank Name: Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5473 | Checking Acct #: ******6501 |
| Co-Debtor Taxpayer ID #: | | Account Title: DDA |
| For Period Beginning: | 1/14/2021 | Blanket bond (per case limit): $1,000,000.00 |
| For Period Ending: | 7/18/2022 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,020.38 | $1,020.38 | $0.00 |

**For the period of 1/14/2021 to 7/18/2022**

| | |
|---|---|
| Total Compensable Receipts: | $1,020.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,020.38 |
| Total Internal/Transfer Receipts: | $1,020.38 |
| | |
| Total Compensable Disbursements: | $1,020.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,020.38 |
| Total Internal/Transfer Disbursements: | $1,020.38 |

**For the entire history of the case between 01/14/2021 to 7/18/2022**

| | |
|---|---|
| Total Compensable Receipts: | $1,020.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,020.38 |
| Total Internal/Transfer Receipts: | $1,020.38 |
| | |
| Total Compensable Disbursements: | $1,020.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,020.38 |
| Total Internal/Transfer Disbursements: | $1,020.38 |

/s/ ANTHONY H MASON

ANTHONY H MASON